1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

8

Mr. Clayton-M. Bernard-Ex,

     Plaintiff

v.

D. Matthew Lay,

     Defendant

Case No.: 2:24-cv-2195-JAD-BNW

**Order Denying Motion to Stay**

[ECF No. 11]

9

10

11

12

     Clayton-M. Bernard-Ex sues his criminal-defense attorney D. Matthew Lay for his alleged ineffective assistance and other misconduct during a 2017 Las Vegas Justice Court matter.[1]  Bernard-Ex moves to stay this case, arguing that his filing for Chapter 7 bankruptcy protection on December 4, 2024, triggered an automatic stay under 11 U.S.C. § 362(a).[2]

13

14

15

16

17

18

     But the automatic stay does not work that way.  The Ninth Circuit has made clear that the stay provided by § 362 "does not prevent a plaintiff/debtor from continuing to prosecute its own claims nor does it prevent a defendant from protecting its interests against claims brought by the debtor."[3]  "This is true, even if the defendant's successful defense will result in the loss of an allegedly valuable claim asserted by the debtor."[4]  So, because Bernard-Ex initiated this action, and there are no claims in this case against him,

19

20

21

22

23

---

[1] ECF No. 8.

[2] ECF No. 11.

[3] *In re Palmdale Hills Property, LLC*, 654 F.3d 868, 875 (9th Cir. 2011).

[4] *Id.*

**IT IS ORDERED that the motion to stay this case based on 11 U.S.C. § 362(a) [ECF No. 11] is DENIED.**

_____
U.S. District Judge Jennifer A. Dorsey
January 7, 2025